## CLERK'S COURTROOM MINUTE SHEET - CRIMINAL - MAGISTRATE JUDGE

UNITED STATES OF AMERICA

Charging Dist Case No. 1:21-mj-218

v.

Case No: 21-8023-TJJ

AUSA: Scott Rask

William Chrestman

Defendant: Che Ramsey and Kirk Redmond

| | | | |
|---|---|---|---|
| **JUDGE:** | James P. O'Hara | **DATE:** | 2/12/2021 |
| **DEPUTY CLERK:** | Sarah Spegal | **COURT REPORTER:** | KELLI STEWART |
| **INTERPRETER:** | | **PRETRIAL/PROBATION:** | AMANDA HUDSON |

Length of Hearing: 1 hour                                                                 Location:   Kansas City, Kansas
Hearing Concluded:         (x) Yes     ( ) No

### PROCEEDINGS

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| (X) | Initial appearance | ( ) | Initial Revocation Hearing | | ( ) | Bond Hearing | |
| ( ) | Identity Hearing | ( ) | Held | ( ) Waived | ( ) | Bond Revocation Hearing | |
| ( ) | Preliminary Hearing | ( ) | Held | ( ) Waived | ( ) | Arraignment | |
| ( ) | Detention Hearing | ( ) | Held | ( ) Waived | | | |
| ( ) | Scheduling Conference | ( ) | Held | ( ) Waived | | | |

( ) Interpreter                                 ( ) Sworn                                         ( ) Previously sworn
(X) Charges and penalties explained to defendant
(X) Defendant placed under oath
(X) Counsel appointed-FPD                       ( ) At defendant's expense
(X) Constitutional rights explained             ( ) Felony         ( ) Misdemeanor
( ) Defendant declined to waive indictment      ( ) Will be presented by next Grand Jury
( ) Signed Waiver of Indictment
( ) Advised of rights under Rule 20
( ) Signed Consent to Transfer (Rule 20)
( ) Petition to Enter Plea Filed                ( ) Plea Agreement Attached
( ) Transferred to:
( ) ARRAIGNMENT AND PLEA:                                                       ( ) No. of Counts:
    ( ) Waived Reading of      ( ) Complaint      ( ) Information     ( ) Read to Defendant
    ( ) Previous Plea          ( ) Guilty         ( ) Not Guilty      Counts:
    ( ) Guilty                                                        Counts:
    ( ) Not Guilty                                                    Counts:

( ) Bail denied                     ( ) Bail fixed at                  ( ) Bail remain at
( ) $                               ( ) Unsecured                      ( ) Secured
( ) Remain on release               ( ) Executed                       ( ) Continued in effect
( ) Deft. remanded to custody       ( ) Pending compliance with conditions of release
(X) Temporary Detention Ordered

Deft's next appearance: Detention hearing set February 17, 2021 at 1:30 PM with Judge O'Hara.   Courtroom to be determined.

**Miscellaneous:**   All parties appear via zoom.   Defendant consents to zoom hearing.
Defense counsel is appointed orally.