# Member Printout Biographical Page

| | | | |
|---|---|---|---|
| Name: | **Chrestman, William N** | Code/Status: | **AJ00/Forfeit** |
| IA # | | | |
| Address | | Birth_Date | |
| City | OLATHE | Deceased_Date | |
| State | KS | Ethnicity | Amer Indian |
| Zip | 66062- | Gender | Male |
| Primary Phone | | Marital_Status | Married |
| Secondary_Phone | | Beneficiary | Cristina Renee Dalen (Wife) |
| Dues_Thru | 06/30/2020 | Employer | Unemployed |

# Member Dispatch History

| Name/Social | Date_Wrote | Dispatch # | Employer | Job_Description | Dispatcher | Wage_Code | Ending_Date |
|---|---|---|---|---|---|---|---|
| Chrestman, William N | | | | | | | |
| | 01/14/2020 | 18418 | McElroys, Inc - Topeka | Shop | Gary Huonker | KCJrnyman | |
| | 10/03/2019 | 18249 | U. S. Engineering-Constructi | Shop | Daniel Loftis | KCJrnyman | 11/22/2019 |
| | 10/03/2019 | 18248 | U. S. Engineering-Constructi | Shop | Daniel Loftis | KCJrnyman | |
| | 09/11/2019 | 18194 | Hausman Metal Works | Shop | Gene Kelley | SJJrnyman | 10/3/2019 |
| | 03/04/2019 | 17651 | U. S. Engineering-Constructi | Shop | Adam Hansen | KCJrnyman | 8/2/2019 |
| | 12/04/2018 | 17405 | U. S. Engineering-Constructi | Shop | Adam Hansen | KCJrnyman | 1/4/2019 |
| | 10/11/2018 | 17189 | U. S. Eng. Metalworks - Are | shop | Daniel Loftis | KCJrnyman | 12/4/2018 |
| | 05/11/2018 | 16828 | McElroys, Inc - Topeka | Shop | Tony Keithley | TKJrnyman | 8/17/2018 |
| | 09/29/2017 | 16371 | U. S. Engineering-Constructi | do not use | Tony Keithley | TKJrnyman | 5/11/2018 |
| | 06/15/2017 | 16139 | VHC - Van Hoecke Contracti | Shop | Greg Davison | KCJrnyman | 7/26/2017 |
| | 01/08/2016 | 14576 | U. S. Eng. Metalworks - Are | shop | Gene Kelley | KCJrnyman | 5/25/2017 |
| | 10/15/2015 | 14373 | A. T. Industrial Sheet Metal | Shop | Greg Davison | KCJrnyman | 11/17/2015 |
| | 05/08/2015 | 13978 | P1 Group | Shop | Mark Shughart | KCJrnyman | 8/12/2015 |
| | 02/13/2015 | 13699 | P1 Group | Shop | Mark Shughart | KCJrnyman | 4/29/2015 |
| | 12/02/2014 | 13429 | P1 Group | Shop | Gary Huonker | KCJrnyman | 12/31/2014 |
| | 01/09/2014 | 12616 | DURR INDUSTRIES, INC. ( | Shop | Gary Huonker | KCJrnyman | 10/20/2014 |
| | 06/17/2013 | 11981 | DURR INDUSTRIES, INC. ( | Shop | Greg Chastain | NMA - FORD | 6/17/2013 |

| Name/Social | Date_Wrote | Dispatch # | Employer | Job_Description | Dispatcher | Wage_Code | Ending_Date |
|---|---|---|---|---|---|---|---|
| | 01/10/2013 | 11452 | Waldinger (29) | Shop | Greg Chastain | TKJrnyman | 6/17/2013 |
| | 03/05/2012 | 10575 | Alexander Mechanical Cont. | Shop | Jay Lind | KCJrnyman | 6/1/2012 |
| | 11/16/2010 | 9475 | P1 Group | Shop | Jay Lind | KCAPP10 | 3/5/2012 |
| | 06/23/2010 | 9007 | Environmental Mech. Contra | Shop | Jay Lind | KCAPP9 | 10/22/2010 |
| | 05/05/2006 | 4990 | Barnes & Dodge | Shop | Jim Huffman | KCAPP1 | 1/18/2010 |

Case 2:21-mj-08023-TJJ Document 7-1 Filed 02/16/21 Page 4 of 5

2/15/2021                                   Sheet Metal Workers National Pension Fund | SMWNPF

                                                                    Home  Related Sites  FAQ  Sitemap  Contact Us

                                                                    Search

Participant Sign In       Plan Participants                         Participant Sign In

                                                                    Employer Sign In

                    HOME / VIEW MEMBER WORK HISTORY DETAIL          PRINT

# Member Work History Detail

### Pension History information for CHRESTMAN, WILLIAM N
Please note - Our System does not contain detailed Work Hours History records for periods prior to 1971 although your Pension Credits do reflect all service Including the period prior to 1971.

| Year | Pension Rate | Employer | Employer Name | Hours |
|---|---|---|---|---|
| 2020 | 7.090 | 130275 | MCELROYS INC | 345.85 |
| 2019 | 14.770 | 211002 | U S ENGINEERING CONSTRUCTION L | 1221.00 |
| 2019 | 14.770 | 080733 | HAUSMAN METAL WORKS | 158.50 |
| 2018 | 7.090 | 210027 | U S ENGINEERING CO | 672.00 |
| 2018 | 7.090 | 130275 | MCELROYS INC | 182.50 |
| 2018 | 7.090 | 210027 | U S ENGINEERING CO | 56.00 |
| 2018 | 14.770 | 130275 | MCELROYS INC | 357.50 |
| 2018 | 14.770 | 210027 | U S ENGINEERING CO | 351.00 |
| 2018 | 14.770 | 211002 | U S ENGINEERING CONSTRUCTION L | 170.00 |
| 2017 | 7.090 | 210027 | U S ENGINEERING CO | 381.50 |
| 2017 | 13.800 | 210027 | U S ENGINEERING CO | 812.50 |
| 2017 | 13.800 | 220363 | VAN HOECKE CONST | 92.81 |
| 2017 | 14.770 | 220353 | VAN HOECKE CONST | 128.42 |
| 2016 | 12.900 | 210027 | U S ENGINEERING CO | 955.00 |
| 2016 | 13.800 | 210027 | U S ENGINEERING CO | 911.00 |
| 2015 | 1.000 | 110101 | KUENZ HEATING & SM COMPANY | .00 |
| 2015 | 9.150 | 110101 | KUENZ HEATING & SM COMPANY | 86.00 |
| 2015 | 12.060 | 080305 | P1 GROUP | 579.00 |
| 2015 | 12.900 | 080305 | P1 GROUP | 237.75 |
| 2015 | 12.900 | 012243 | A T INDUSTRIAL SHEET METAL | 89.00 |
| 2014 | 11.270 | 040139 | DURR SYSTEMS INC | 949.50 |
| 2014 | 12.060 | 040139 | DURR SYSTEMS INC | 664.00 |
| 2014 | 12.060 | 080305 | P1 GROUP | 172.50 |
| 2014 | 12.060 | 120443 | SMW LU# 002 | 8.00 |
| 2013 | 5.060 | 230001 | WALDINGER CORP THE | 734.50 |
| 2013 | 10.530 | 040139 | DURR SYSTEMS INC | 27.00 |
| 2013 | 11.270 | 040139 | DURR SYSTEMS INC | 14.00 |
| 2012 | 9.840 | 012801 | ALEXANDER MECHANICAL CONTR INC | 537.50 |
| 2011 | 7.820 | 012944 | ADJ HUX SERVICE | .00 |
| 2011 | 7.820 | 080305 | P1 GROUP | 465.00 |
| 2010 | 6.020 | 020577 | BARNES & DODGE INC | 65.75 |
| 2010 | 6.880 | 050184 | ENVIRONMENTAL MECH CONTRACTORS | 43.00 |
| 2010 | 7.360 | 050184 | ENVIRONMENTAL MECH CONTRACTORS | 624.00 |
| 2010 | 7.820 | 012944 | ADJ HUX SERVICE | .00 |
| 2010 | 7.820 | 080305 | P1 GROUP | 155.00 |
| 2009 | 5.230 | 020577 | BARNES & DODGE INC | 627.25 |
| 2009 | 5.630 | 020577 | BARNES & DODGE INC | 154.50 |
| 2009 | 6.020 | 020577 | BARNES & DODGE INC | 794.00 |
| 2008 | 3.660 | 020577 | BARNES & DODGE INC | 269.75 |
| 2008 | 4.020 | 020577 | BARNES & DODGE INC | 620.75 |
| 2008 | 4.390 | 020577 | BARNES & DODGE INC | 8.00 |
| 2008 | 4.820 | 020577 | BARNES & DODGE INC | 587.25 |
| 2008 | 5.230 | 020577 | BARNES & DODGE INC | 181.75 |
| 2007 | 3.030 | 020577 | BARNES & DODGE INC | 503.50 |

| 2/15/2021 | | | Sheet Metal Workers National Pension Fund | SMWNPF | |
|---|---|---|---|---|
| 2007 | 3.370 | 020577 | BARNES & DODGE INC | 336.00 |
| 2007 | 3.660 | 020577 | BARNES & DODGE INC | 828.25 |
| 2006 | 2.490 | 020577 | BARNES & DODGE INC | 312.00 |
| 2006 | 2.690 | 020577 | BARNES & DODGE INC | 574.50 |
| 2006 | 3.030 | 020577 | BARNES & DODGE INC | 213.00 |

Copyright 2010. Sheet Metal Workers' National Pension Fund. All rights reserved. The use of this website is subject to the Legal Conditions and Terms of Use, and by proceeding, you acknowledge your acceptance of these terms.