IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 21-MJ-8023-01-TJJ |
| | ) | |
| WILLIAM CHRESTMAN, | ) | (D.D.C. No. 21-218) |
| | ) | |
| Defendant. | ) | |

APPLICATION FOR STAY OF MAGISTRATE JUDGE'S RELEASE ORDER
AND MOTION TO REVIEW RELEASE ORDER

The United States, by and through undersigned counsel, seeks a stay of the release order for the defendant, and for the Court having original jurisdiction over the offenses charged to review this release order granted on February 19, 2021. (Doc. 9, Memorandum and Order.) As the United States is appealing this release order, requests review of the release order, and seeks revocation of this release order to the District Court pursuant to 18 U.S.C. § 3145(a)(1), the United States asks that this release order be stayed until the matter can be heard by the District Court pursuant to D. Kan. Rule 72.1.4(d) and 72.1.4(e).

Respectfully, the United States contends there is no condition or combination of conditions to reasonably assure the appearance of the defendant or reasonably assure the safety of the community under 18 U.S.C. § 3142(e). Furthermore, the United States respectfully contends that the evidence presented during the detention hearing established there is no condition or combination of conditions to reasonably assure the appearance of the defendant or reasonably assure the safety of other persons and the community under the factors provided in 18 U.S.C. § 3142(g).

The United States anticipates filing a memorandum in support of this motion.

THEREFORE, the United States requests that the Court stay the application of the release order until the appeal is considered by the Court having original jurisdiction over the offenses charged in this case in the District of Columbia.

Respectfully submitted,

STEPHEN R. MCALLISTER
United States Attorney

s/ Scott C. Rask
SCOTT C. RASK, #15643
Assistant United States Attorney
500 State Avenue, Suite 360
Kansas City, Kansas  66101
(913) 551-6730
(913) 551-6541 (fax)
Scott.Rask@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that on February 19, 2021, I electronically filed the Application for Stay and Motion for Review of Release Order with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to counsel.

Kirk C. Redmond
First Assistant Federal Public Defender
Kirk_redmond@fd.org
Counsel for Defendant

Chekasha Ramsey
Assistant Federal Public Defender
Che_ramsey@fd.org
Counsel for defendant

 s/ Scott C. Rask

                                          SCOTT C. RASK, #15643
                                        Assistant United States Attorney
                                        500 State Avenue, Suite 360
                                        Kansas City, Kansas  66101
                                        (913) 551-6730
                                        (913) 551-6541 (fax)
                                        Scott.Rask@usdoj.gov